COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00102-CV |
| Style: | Navarro County Wholesale Ratepayers; M.E.N. Water Supply Corporation; Angus Water Supply Corporation; Chatfield Water Supply Corporation; Corbet Water Supply Corporation; City of Blooming Grove; City of Frost; City of Kerens; and Community Water Corporation |
| | **v** Zachary Covar, Executive Director of the Texas Commission on Environmental Quality; The Texas Commission on Environmental Quality; Bryan Shaw; Carlos Rubenstein; Toby Baker; and City of Corsicana |
| Date motion filed[*]: | July 15, 2014 |
| Type of motion: | Motion to Exceed Word Count |
| Party filing motion: | Appellants |
| Document to be filed: | Appellants' reply brief |

Is appeal accelerated?        No

Ordered that motion is:

☑        Granted

If document is to be filed, document due:

☐        The Court will not grant additional motions to extend time

☐        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

_____

_____

_____

Judge's signature: /s/ Sherry Radack
                    ☑ Acting individually        ☐ Acting for the Court
Panel consists of _____
Date:  August 7, 2014

November 7, 2008 Revision